In the Matter of the Probate of the Will of AMELIA J. COOK, Deceased.

MADELINE M. FORMEL, Appellant; GEORGE COOK et al., Respondents.

*Matter of Cook (Will),* 185 App. Div. 914, affirmed.

(Argued February 24, 1919; decided March 11, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 23, 1918, which modified and affirmed as modified a decree of the Saratoga County Surrogate's Court refusing probate to a paper purporting to be the last will and testament of Amelia J. Cook, deceased, on the ground that at the time of the execution thereof the deceased was not of sound mind and did not understand the contents of said paper, and that proponent had not sustained the burden of proving that she was free from undue influence or restraint at the time of its execution.

*A. F. Walsh* for appellant.

*Benjamin P. Wheat, Edgar T. Brackett* and *William E. Bennett* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.